## ST. LOUIS-NEW ORLEANS NAVIGATION
## CO v HYNICKA

Ohio Appeals, 1st Dist, Hamilton Co
Decided Dec 9, 1929

For full opinion see 172 NE 687; 36 Oh
Ap 94 (Oh Bar 10-28-30).

## BEUTEL v STATE

Ohio Appeals, 8th Dist, Cuyahoga Co
Decided June 2, 1930 .

For full opinion see 172 NE 838; 36 Oh
Ap 73 (Oh Bar 10-28-30).

## GARD v BEARD

Ohio Appeals, 1st Dist, Butler Co
Decided Oct 21, 1929

For full opinion see 172 NE 673; 36 Oh
Ap 105 (Oh Bar 10-28-30).